IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


| | | |
|---|---|---|
| LESLIE TALLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:04cv606-T |
| | ) | (WO) |
| NELLIE BURGE COMMUNITY | ) | |
| CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

### JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that

the joint motion for dismissal with prejudice (Doc. No. 23)

is granted and that this cause is dismissed in its entirety

with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this

document on the civil docket as a final judgment pursuant to

Rule 58 of the Federal Rules of Civil Procedure.  DONE, this

the 27th day of June, 2005.


    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE